**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Saeb Abdel Majid DABBAS,**
**Defendant–Appellant.**

No. 00–50487.

D.C. No. CR–00–45–RAP.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 23, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM [2]

Saeb Abdel Majid Dabbas appeals the judgment of conviction and his 37 month sentence following his guilty plea to unlaw-

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the

**520**

ful reentry of a deported alien. Dabbas contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court improperly imposed a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) because the government neither pled in the indictment nor established through the guilty plea that Dabbas had been deported subsequent to a prior conviction for an aggravated felony. Dabbas also contends that *Apprendi* renders inapplicable *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense). These arguments are foreclosed by *United States v. Pacheco– Zepeda,* 234 F.3d 411 (9th Cir.2000), *amended* (Feb.8, 2001) (order).

AFFIRMED.

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.